**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:17-CV-14102-ROSENBERG/LYNCH**

ANDREW PADULA d/b/a
Martini, Hughes & Grossman,

     Plaintiff,

v.

HUGHES, MARTIN &
ASSOCIATES, LLC,

     Defendant.

_____/

## ORDER DISMISSING CASE

     THIS CAUSE is before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii). DE 31.  The Court has carefully considered the stipulation and is otherwise fully advised in this matter. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All pending hearings are **CANCELLED**, all deadlines **TERMINATED**, and all motions **DENIED AS MOOT**.

3. The Clerk of the Court shall **CLOSE THIS CASE**.

     **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of August, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record